# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FIRST BANK AND TRUST COMPANY OF ILLINOIS<br>v.<br>KENNETH E. RICHARDSON and MICHAEL ANNECCA | Case Number:<br>08 C 4987 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, FIRST BANK AND TRUST COMPANY OF ILLINOIS

| | |
|---|---|
| NAME (Type or print)<br>John W. Roberts | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John W. Roberts | |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP | |
| STREET ADDRESS<br>200 W. Madison Street, Suite 3900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06183468 | TELEPHONE NUMBER<br>(312) 984-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |